## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

LINDA MASI SMITH, individually and on behalf of all others similarly situated,

    *Plaintiff*,

vs.

SPENGA INC.,

    *Defendant*.
_____/

Case No. 9:22-cv-80992-AHS

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Linda Masi Smith, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Linda Masi Smith, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: September 22, 2022

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                **SHAMIS & GENTILE, P.A.**
                14 NE 1st Ave., Suite 705
                Miami, FL 33132
                Telephone (305) 479-2299
                Facsimile (786) 623-0915
                Email: efilings@sflinjuryattorneys.com

By:    */s/ Andrew J. Shamis*
          Andrew J. Shamis, Esq.
          Florida Bar # 101754

*Counsel for Plaintiff and the Class*