UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80992-CIV-SINGHAL

LINDA MASI SMITH, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

SPENGA, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the Notice of Voluntary Dismissal With Prejudice filed by Plaintiff (DE [14]). The Court having reviewed the Notice of Voluntary Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that all claims of Plaintiff Linda Masi Smith, individually, are **DISMISSED WITH PREJUDICE**. All claims of any unnamed member of the alleged class are **DISMISSED WITHOUT PREJUDICE.** The Clerk is directed to **CLOSE** this case and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 22nd day of September 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF